# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cr-01685-KC |
| The Scoular Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Scoular Company                                                                                              .

Date:     07/10/2026

_____
*Attorney's signature*

Brian C. Nash (TX Bar No. 24051103)
*Printed name and bar number*

Morrison & Foerster LLP,
300 Colorado Street, Suite 1800
Austin, TX 78701

*Address*

bnash@mofo.com
*E-mail address*

(512) 617-0650
*Telephone number*

(737) 910-0730
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I caused a true and correct copy of the foregoing

document to be served on the undersigned counsel by UPS overnight mail.

Connor Mullin
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20530


Debra P. Kanof
United States Attorney's Office
700 E. San Antonio Street, Suite 200
El Paso, TX 79901


Justin Simmons (WDTX)
U.S. Attorney's Office
Western District of Texas
601 NW Loop 410, Suite 600
San Antonio, Texas 78216


Lorinda Laryea
Chief, Fraud Section, Criminal Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/ Brian C. Nash
Brian C. Nash