AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

FILED
2026 JUL 17 PM 2: 15
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   26-cr-1685 |
| The Scoular Company | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that The Scoular Company ("Scoular") has been accused of an offense punishable by imprisonment for more than one year.  Having been advised of Scoular's rights and the nature of the proposed charges against the company, Scoular waives its right to prosecution by indictment and consents to prosecution by information.

Date: 7/17/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

CARRIE H. COHEN
*Printed name of defendant's attorney*

_____
*Judge's signature*

KATHLEEN CARDONE
*Judge's printed name and title*

US DISTRICT JUDGE